UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE MIRANDA, JOSE MATA, BLANCE MATA and TEQUILA OF COLUMBIA, INC., <br><br> Defendants. | Case No. 09-cv-344-JPG |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. In a May 6, 2009, order (Doc. 3), the Court ordered plaintiff J&J Sports Production Inc. ("J&J") to file on or before May 15, 2009, the appropriate corporate disclosure statement. The Court further warned J&J that its failure to comply with this order could result in the striking of all present and future filings. J&J failed to comply with the Court's order. The Court orders J&J to **SHOW CAUSE** on or before June 19, 2009, why the Court should not strike the complaint (Doc. 2) in this case and dismiss this case pursuant to Federal Rule of Civil 41(b) for failure to obey a court order and failure to prosecute or pursuant to the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order will result in the Court's striking the complaint and may result in dismissal of this action with prejudice. The filing of the appropriate corporate disclosure statement shall be an adequate response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: June 10, 2009**

                                                 s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**