# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 09 CV 344** |
| | ) | |
| **JOSE MIRANDA, indv., JOSE MATA, indv.,** | ) | |
| **and BLANCE MATA, indv., and d/b/a** | ) | |
| **TEQUILA OF COLUMBIA, INC. d/b/a** | ) | |
| **TEQUILA MEXICAN RESTAURANT, and** | ) | |
| **LOUNGE, and TEQUILA OF COLUMBIA,** | ) | |
| **INC. d/b/a TEQUILA MEXICAN** | ) | |
| **RESTAURANT and LOUNGE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

***THIS CAUSE*** comes to be heard on the Stipulation (Doc. 32) of the Plaintiff, J&J

SPORTS PRODUCTION, INC., and the Defendant, JOSE MIRANDA, indv., JOSE MATA,

indv., and BLANCA MATA, indv., and d/b/a TEQUILA OF COLUMBIA, INC. d/b/a/

TEQUILA MEXICAN RESTAURANT and LOUNGE, and TEQUILA OF COLUMBIA, d/b/a

TEQUILA MEXICAN RESTAURANT and LOUNGE, which the Court construes as a

stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The

stipulation is signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows

dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court

finds that this action is **DISMISSED with prejudice** and without costs, and **DIRECTS** the

Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATE:  April 20, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**