# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **J&J SPORTS PRODUCTION, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 09 CV 344 |
| ) | |
| **JOSE MIRANDA, indv., JOSE MATA, indv.,** ) | |
| **and BLANCE MATA, indv., and d/b/a** ) | |
| **TEQUILA OF COLUMBIA, INC. d/b/a** ) | |
| **TEQUILA MEXICAN RESTAURANT, and** ) | |
| **LOUNGE, and TEQUILA OF COLUMBIA,** ) | |
| **INC. d/b/a TEQUILA MEXICAN** ) | |
| **RESTAURANT and LOUNGE,** ) | |
| ) | |
| **Defendants.** ) | |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                      **NANCY J. ROSENSTENGEL, Clerk of Court**

                                      **By:s/Deborah Agans, Deputy Clerk**

**Dated:  April 20, 2010**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**